433 A.2d 527

Commonwealth v. Heisler, Jr., Appellant.

550

Submitted November 14, 1980.   John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Order affirmed.